IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| LO ABLAYA, | ) |
| Petitioner, | ) |
| v. | ) Case No. 4:17-cv-0154-KOB-TMP |
| SCOTT HASSEL, Sheriff of Etowah County Detention; | ) |
| Respondent. | ) |

## **MEMORANDUM OPINION**

This matter comes before the court on the Respondent's Motion to Dismiss as Moot. (Doc. 5). The magistrate judge filed his report and recommendation on March 31, 2017, recommending that the court grant the motion and dismiss petitioner's 28 U.S.C. § 2241 petition for *habeas corpus* relief. (Doc. 8). No party has filed any objections.

Having now carefully considered *de novo* all the materials in the court file, including the report and recommendation, the court finds that the magistrate judge's report is due to be ADOPTED and the recommendation ACCEPTED. Therefore, the court finds that the motion to dismiss is due to be granted and the petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 in the above-styled cause is due to be DISMISSED as MOOT.

The court will enter a separate Final Order.

DONE and ORDERED this 20th day of April, 2017.

KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE